UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-24813-CIV-WILLIAMS

LAURA MONTANARI,

    Plaintiff,

vs.

FACIAL REJUVENATION OF
SOUTH FLORIDA, LLC

    Defendant.

_____/

<u>ORDER DISMISSING CASE</u>

**THIS MATTER** is before the Court on Plaintiff's notice of voluntary dismissal with prejudice. (DE 11). Upon review of the notice and the record, the Court **ORDERS AND ADJUDGES** that this action is **DISMISSED WITH PREJUDICE**. All deadlines and hearings are **CANCELED**. All pending motions are **DENIED AS MOOT**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 19 day of December, 2018.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE